```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

THE PROVIDENT BANK,

    Plaintiff,

v.                              CASE NO:   8:10-cv-1338-T-33TBM

LYLE C. MATTSON and
JANET A. MATTSON,

    Defendants.
_____/

### ORDER

This cause comes before the Court pursuant to the Suggestion of the Pendency of Bankruptcy Proceedings Under Chapter 7 of the Bankruptcy Code filed by Defendants (Doc. # 33), which states that Defendants filed bankruptcy under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida on June 1, 2011.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Pursuant to the provisions of 11 U.S.C. §362, this case is automatically **STAYED.**

(2)  All pending motions are **DENIED AS MOOT** with leave to re-file as necessary upon the case being reinstated to active status.

(3)  The Clerk is directed to administratively **CLOSE** this case.

(4)  Plaintiff may reinstate this case to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings.  If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

(5)  Defendants are directed to file and serve, on or before September 1. 2011, and every three months thereafter, a status report regarding the Defendants' bankruptcy proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>1st</u> day of June, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2